IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MERCURY MULTIFAMILY MANAGEMENT, LLC AND MERCURY METROPLEX REAL ESTATE II, LLC, | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 3:16-CV-2557-D |
| PELEUS INSURANCE COMPANY, ENGLE MARTIN & ASSOCIATES, AND RIDGE BRENTON KIRN, | § § § § § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST DEFENDANTS ENGLE MARTIN & ASSOCIATES, INC. AND RIDGE KIRN

Plaintiffs Mercury Multifamily Management, LLC and Mercury Metroplex Real Estate II, LLC (collectively, "Plaintiffs") and Defendants Peleus Insurance Company, Engle Martin & Associates, Inc., and Ridge Kirn (collectively, "Defendants) file this Stipulation of Dismissal of Plaintiffs' Claims against Defendants Engle Martin & Associates, Inc. and Ridge B. Kirn and state:

1. Plaintiffs hereby stipulate and agree to the dismissal of all claims, actions, and/or causes of action against Engle Martin & Associates, Inc. ("EMA") and Ridge Kirn ("Kirn") in the above-styled case ***without prejudice*** to refiling of same or any part thereof.

2. Plaintiffs (on the one hand) and EMA and Keen (on the other hand) further stipulate and agree that all costs of suit incurred to date are to be taxed against the party (or parties) incurring same.

3. Plaintiffs' claims, actions, and/or causes of action against Defendant Peleus Insurance Company ***are unaffected*** by this Stipulation.

WHEREFORE, PREMISES CONSIDERED, in accordance with the foregoing stipulations and agreements of the parties, Plaintiffs and Defendants jointly request that the Court dismiss all claims, actions, and/or causes of action Plaintiffs have asserted against EMA and Kirn in the above-styled case ***without prejudice*** to refiling of same or any part thereof, with all costs of suit to be taxed against the party incurring same.

        Respectfully submitted,

        **RAIZNER SLANIA, LLP**

        By: */s/ Andrew P. Slania*
           Jeffrey L. Raizner
           Texas Bar No. 00784806
           jeff@raiznerlaw.com
           Andrew P. Slania
           Texas Bar No. 24056338
           aslania@raiznerlaw.com
           Amy Bailey Hargis
           Texas Bar No. 24078630
           ahargis@raiznerlaw.com

        2402 Dunlavy Street
        Houston, TX  77006
        Telephone:    713-554-9099
        Facsimile:    713-554-9098

        **COUNSEL FOR PLAINTIFFS**

    -and-

ZELLE LLP

By:   */s/ James W. Holbrook, III*
    Steven J. Badger
    State Bar No. 01499050
    sbadger@zelle.com
    James W. Holbrook, III
    Texas Bar No. 24032426
    jholbrook@zelle.com
    Tyler J. McGuire
    tmcguire@zelle.com
    Texas Bar No. 24098080

901 Main Street, Suite 4000
Dallas, TX  75202-3975
Telephone:    214-742-3000
Facsimile:    214-760-8994

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record on February 24, 2017, in accordance with the FEDERAL RULES OF CIVIL PROCEDURE as follows:

Jeffrey L. Raizner
Andrew P. Slania
Amy Bailey Hargis
efile@raiznerlaw.com
RAIZNER SLANIA, LLP
2402 Dunlavy Street
Houston, TX  77006
Telephone:    713-554-9099
Facsimile:    713-554-9098
*Counsel for Plaintiffs Mercury Multifamily Management, LLC and Mercury Metroplex Real Estate II, LLC*

      */s/ James W. Holbrook, III*
      James W. Holbrook, III