IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MERCURY MULTIFAMILY MANAGEMENT LLC et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § | Civil Action No. 3:16-CV-2557-D |
| | § | |
| PELEUS INSURANCE COMPANY, | § § § | |
| Defendant. | § | |

## **ORDER**

The parties have advised the court that they have settled this case. Accordingly, this case is administratively closed for statistical purposes without prejudice to its being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

**SO ORDERED**.

May 24, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE