IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MERCURY MULTIFAMILY MANAGEMENT, LLC AND MERCURY METROPLEX REAL ESTATE II, LLC, | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 3:16-CV-2557-D |
| PELEUS INSURANCE COMPANY, ENGLE MARTIN & ASSOCIATES, AND RIDGE BRENTON KIRN, | § § § § § | |
| Defendants. | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs Mercury Multifamily Management, LLC and Mercury Metroplex Real Estate II, LLC (collectively, "Plaintiffs") and Defendant Peleus Insurance Company ("Defendant") have resolved and settled all claims and issues between them. Accordingly, Plaintiffs and Defendant respectfully move this to issue an Order dismissing all claims, actions, or causes of action Plaintiffs have asserted against Defendant in the above-styled case *with prejudice* to refiling of same or any part thereof, with all costs of suit to be taxed against the party incurring same.

Respectfully submitted,

**RAIZNER SLANIA, LLP**

By: */s/ Andrew P. Slania*
    Jeffrey L. Raizner
    Texas Bar No. 00784806
    jeff@raiznerlaw.com
    Andrew P. Slania
    Texas Bar No. 24056338
    aslania@raiznerlaw.com
    Amy Bailey Hargis
    Texas Bar No. 24078630
    ahargis@raiznerlaw.com

2402 Dunlavy Street
Houston, TX  77006
Telephone:     713-554-9099
Facsimile:      713-554-9098

**COUNSEL FOR PLAINTIFFS**

 -and-

**ZELLE LLP**

By:   */s/ James W. Holbrook, III*
    Steven J. Badger
    State Bar No. 01499050
    sbadger@zelle.com
    James W. Holbrook, III
    Texas Bar No. 24032426
    jholbrook@zelle.com
    Tyler J. McGuire
    tmcguire@zelle.com
    Texas Bar No. 24098080

901 Main Street, Suite 4000
Dallas, TX  75202-3975
Telephone:     214-742-3000
Facsimile:      214-760-8994

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record on July 21, 2017 in accordance with the Federal Rules of Civil Procedure as follows:

Jeffrey L. Raizner
Andrew P. Slania
Amy Bailey Hargis
efile@raiznerlaw.com
RAIZNER SLANIA, LLP
2402 Dunlavy Street
Houston, TX  77006
Telephone:	713-554-9099
Facsimile:	713-554-9098
*Counsel for Plaintiffs Mercury Multifamily Management, LLC and Mercury Metroplex Real Estate II, LLC*

                                      */s/ James W. Holbrook, III*
                                      James W. Holbrook, III