IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MERCURY MULTIFAMILY MANAGEMENT, LLC AND MERCURY METROPLEX REAL ESTATE II, LLC, | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 3:16-CV-2557-D |
| PELEUS INSURANCE COMPANY, ENGLE MARTIN & ASSOCIATES, AND RIDGE BRENTON KIRN, | § § § § § | |
| Defendants. | § | |

## ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE

Before the Court is the Agreed Motion to Dismiss with Prejudice ("Motion") filed by Plaintiffs Mercury Multifamily Management, LLC and Mercury Metroplex Real Estate II, LLC (collectively, "Plaintiffs") and Defendant Peleus Insurance Company ("Defendant"). After considering the Motion, this Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that all claims Plaintiffs have asserted against Defendant in this lawsuit are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all costs incurred by Plaintiffs and Defendant in this case shall be borne solely by the party, or parties, by whom they were incurred.

SIGNED this 24th day of July, 2017.

_____
JUDGE PRESIDING